G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
RACHEL CARDENAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL CARDENAS<br><br>   Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>   Defendant. | Case No.: CV 12-02719 SI<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

                                              RESPECTFULLY SUBMITTED,

DATED:
November 15, 2012

                                   **PRICE LAW GROUP APC**
                                   By: /s/ G. Thomas Martin, III
                                      G. Thomas Martin, III
                                      Attorney for Plaintiff