IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL CARDENAS, | No. C 12-2719 SI |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant.     / | |

The parties have informed the Court that this case has settled. Accordingly, the Court hereby DISMISSES the case effective **90 days from the date of this Order**. The clerk shall VACATE any remaining dates.

**IT IS SO ORDERED.**

Dated: December 10, 2012

SUSAN ILLSTON
United States District Judge